■ In the Matter of GILBERT SHOTT et al., Appellants, v TOWN OF SAUGERTIES et al., Respondents. [762 NYS2d 866] —Appeal from a judgment of the Supreme Court (Bradley, J.), entered November 12, 2002 in Ulster County, which, in a combined proceeding pursuant to CPLR article 78 and action for declaratory judgment, dismissed the petition/complaint for, inter alia, failure to state a cause of action.

Judgment affirmed, upon the opinion of Justice Vincent G. Bradley.

Crew III, J.P., Peters, Spain, Rose and Kane, JJ., concur. Ordered that the judgment is affirmed, without costs.